# Chronic Lyme Disease: A Proposed Case Definition

The ILADS Working Group

Samuel M. Shor, MD*, Christine L. Green, MD*, EL Maloney, MD*,

and Raphael B. Stricker, MD*

*International Lyme & Associated Diseases Society, PO Box 341461, Bethesda, MD 20827, USA.

www.ilads.org

Corresponding author: Raphael B. Stricker, MD, 450 Sutter Street, Suite 1504,

San Francisco, CA 94108, USA; rstricker@usmamed.com

Key words: Lyme disease, *Borrelia burgdorferi*, chronic infection, post-treatment

Running Head: Chronic Lyme Disease

Abstract (140 words)

Lyme disease is the most common tick-borne illness in the northern hemisphere yet while acute disease has been extensively studied, little is known about most forms of chronic Lyme disease (CLD). In this paper the International Lyme and Associated Diseases Society (ILADS) presents its proposed case definition for CLD. ILADS defines CLD as a multisystem illness with diverse clinical manifestations resulting from an ongoing active infection with any of several pathogenic members of the *Borrelia burgdorferi sensu lato* complex. CLD has two subcategories, CLD – untreated and CLD – treated. Both require a patient to have had potential exposure to an *Ixodes* vector and to have Lyme-compatible symptoms that are 1) either consistently or variably present for six or more months and 2) not unequivocally accounted for by other diagnoses. The symptom patterns and optimal therapy for CLD merit further study.

Introduction

Lyme disease is the most common vector-borne illness in the northern hemisphere.[1] The Centers for Disease Control and Prevention (CDC) estimates that at least 300,000 new cases of Lyme disease are diagnosed in the USA every year.[2] The infection may be caused by any of several pathogenic members of the *Borrelia burgdorferi sensu lato* complex, which will collectively be referred to as Bb. Although *Borrelia burgdorferi sensu stricto (Bb ss), B. garinii and B. afzelii are* the best known of the *Borrelia* genospecies that cause Lyme disease, other *Borrelia* genospecies may produce similar manifestations and chronic disease.

> Commented [BM1]: We can't be so USA-Centric; need reference to support the change to northern hemisphere.

Lyme disease is a multi-staged illness. Pathogenic Bb have the ability to invade a wide variety of cells and tissues, including: fibroblasts, synovium, skin, ligaments, cardiac tissue, glial and neuronal cells, endothelial cells, lymph nodes and tonsillar lymphoid tissue.[3-15] The clinical manifestations of CLD correlate with the invasion of these tissues.[18-24]

Multiple researchers have documented that a substantial portion of patients with Lyme disease remain ill following a relatively short course of appropriately directed antibiotic treatment for Lyme disease.[78-82] The presence of ongoing or recurrent symptoms of Lyme disease raises the possibility of Bb survival despite antibiotic interventions. There is substantial animal and human evidence documenting persistent Bb infection. As noted in the 2014 ILADS treatment guidelines,[149] there is a large and growing body of evidence regarding potential mechanisms of Bb survival. "Emerging evidence supports potential roles for these mechanisms: immune evasion via physical seclusion of Bb within immunologically protected tissue sites such as the CNS, joints and eyes,[159-161] collagen-rich tissues,[162] cells [163-166] and biofilms;[167] alterations in Osp profiles through antigenic variation,[168-171] phasic variation [172] and alteration in Bb morphology (including cell-wall deficient forms, spherocytes and "cyst" forms);[173-178] immune modulation via alterations in complement,[179-181] neutrophil and

> Commented [BM2]: Put in citations to all papers documenting persistent infection

*dendritic cell functioning,[182,183] and changes in cytokine and chemokine levels;[142,184,185] and innate antibiotic tolerance of some B. burgdorferi populations.[186]"* Subsequent to that publication, several papers have been published on persister populations of Bb.[111-113] Given this evidence, and the lack of a test of cure, ILADS thinks it unwise to adopt labels for those who remain ill following antibiotics that preclude persistent infection as a potential explanation.

Chronic Lyme disease can cause significant and long-lasting quality of life impairments. This was demonstrated in NIH-sponsored antibiotic retreatment trials, well-conducted patient surveys and a medical claims database study.

**Chronic Lyme Disease Definition**

ILADS defines CLD as a multi-system illness resulting from an ongoing active infection with any of several pathogenic members of the *Borrelia burgdorferi sensu lato* complex. CLD has two subcategories, CLD – untreated and CLD – treated. Both require a patient to have had potential exposure to an *Ixodes* vector and to have Lyme-compatible symptoms that are: 1) either consistently or variably present for six or more months and 2) not fully accounted for by other diagnoses.

The definition's minimum six-month duration is consistent with the definitions of other chronic infections.[34] It should be noted that some patients with late, untreated disease present with manifestations of Lyme disease that have been apparent for less than six months. These patients require prompt antibiotic therapy and treatment should not be delayed merely to fulfill the case definition.

**Diagnostic Application of Chronic Lyme Disease Definition**

> **Commented [BM3]:** Sam, I dropped 114 (Sartakova ML) because it came out in 2003 and it really involved a lot of genetic manipulation not to create actual antibiotic resistance but to put in a genetic marker to make strain typing easier.
>
> Here are 3 more papers by Zhang's lab
> Feng J, Weitner M, Shi W, Zhang S, Zhang Y. Eradication of Biofilm-Like Microcolony Structures of Borrelia burgdorferi by Daunomycin and Daptomycin but not Mitomycin C in Combination with Doxycycline and Cefuroxime. Front Microbiol. 2016 Feb 10;7:62. doi: 10.3389/fmicb.2016.00062.
>
> Feng J, Shi W, Zhang S, Sullivan D, Auwaerter PG, Zhang Y. A Drug Combination Screen Identifies Drugs Active against Amoxicillin-Induced Round Bodies of In Vitro Borrelia burgdorferi Persisters from an FDA Drug Library. Front Microbiol. 2016 May 23;7:743. doi: 10.3389/fmicb.2016.00743.
>
> Feng J, Zhang S, Shi W, Zhang Y. Ceftriaxone Pulse Dosing Fails to Eradicate Biofilm-Like Microcolony B. burgdorferi Persisters Which Are Sterilized by Daptomycin/ Doxycycline/Cefuroxime without Pulse Dosing. Front Microbiol. 2016 Nov 4;7:1744.

> **Commented [BM4]:** This paragraph needs to be fleshed out using what we have. However, we need to rethink which Adrion findings we use.

The application of the case definition in clinical practice relies on clinical judgment. Clinicians must understand and weigh the following: exposure risk assessment, disease manifestations, the utility of various diagnostic tests, and the role of serial clinical observations. Each will be discussed in detail; the main diagnostic considerations are summarized in Table 1.

Table 1: Elements Supporting a Diagnosis of Chronic Lyme Disease

| Chronic Lyme Disease - Untreated |
|---|
| 1. History of untreated EM rash |
| 2. History of symptoms and signs consistent with early Lyme disease where there was no EM rash and no strong evidence for a different diagnosis |
| 3. Known Ixodes bite |
| 4. Positive culture, molecular testing, or other technologies that can identify the presence of either Bb antigen or live organisms |
| 5. Positive serological testing<br>   a. Fulfills CDC surveillance criteria for Western blot testing.1<br>   b. Fulfills Ma/Engstrom criteria for highly significant Bb-related bands on Western blot (23-25, 31, 34, 39, 41, 83-93).65-69 (Either IgG or IgM.70-74) |
| 6. Clinical Responses to antibiotic intervention<br>   a. Positive and sustained clinical response to appropriately directed antibiotics<br>   b. Development of a Herxheimer-like reaction |
| **Chronic Lyme Disease - Treated** |
| 1. Prior diagnosis of and treatment for Lyme Disease. |
| 2. Positive culture, molecular testing, or some other technology that can identify the Presence of either Bb antigen or live organisms. |
| 3. Clinical Responses to antibiotic intervention<br>   a. Positive and sustained clinical response to appropriately directed antibiotics<br>   b. Development of a Herxheimer reaction |

**Diagnostic Elements: Chronic Lyme Disease – Untreated**

CLD - untreated may be the consequence of diagnostic delays. Prompt recognition of the infection may be hindered by the failure to recognize or report a tick bite. Investigators of the erythema migrans rash, the hallmark manifestation of early disease, report various rates for tick bite recognition.[75] One study found that only 14% of patients recalled receiving a tick bite at the site of their EM rash.[75] Thus, while a history of potential exposure to *Ixodes* ticks is an important element of the CLD definition, documentation of a known tick bite is not required.

**Commented [BM5]:** We can grab other references from guidelines

5

Many patients may also be unaware of their exposure risks, and clinicians will need to carefully inquire about potential exposures based on a patient's residential, occupational, recreational and travel history. The primary vectors of Lyme disease are members of the *Ixodes* genus of ticks. In the USA, *Ixodes scapularis* transmits disease in the Eastern and Midwestern states and *Ixodes pacificus* in the West.[36] The European vector of Lyme disease is *I. ricinus,* and the Eurasian vector is *I. persulcatus*.[36] *Ixodes* ticks prefer wooded or brushy areas, and exposure risk is correspondingly high in these areas.[37,38] Tick exposure may also occur through contact with reservoir animals or with other incidental tick hosts, including small mammals, deer, birds and pets. *Ixodes* ticks have a complex life cycle extending over two to three years. Ticks feed as larvae, nymphs, and female adults. Each feeding is an opportunity to acquire Bb, and the nymphal and adult feedings allow for disease transmission. Nymphal ticks transmit disease more often than adults, presumably because their small size increases the likelihood that they will go undetected during feeding.[36] The ranges of *Ixodes* ticks are expanding, which will increase the risk of tick exposure. Deer play an important role in long-range dispersal[41,42] and migratory birds also disperse ticks to regions previously thought to be non-endemic.[43,44]

> **Commented [BM6]:** I think we could do without most of this section because it's beyond the scope of this paper to educate physicians on the basics of Lyme. While I fully understand that many need remedial instruction, we need to stay focused on discussing CLD.

> **Commented [BM7]:** Eisen RJ, Eisen L, Beard CB. County-Scale Distribution of Ixodes scapularis and Ixodes pacificus (Acari: Ixodidae) in the Continental United States. J Med Entomol. 2016 Mar;53(2):349-86.

Further, the recognition of early Lyme disease may be missed when the hallmark erythema migrans (EM) rash, is absent or misidentified. The overall incidence of the erythema rash is uncertain; the reported incidence from multiple studies ranged from 27% to 70%.[76,77] Fifteen years of CDC surveillance case data found that patients lacked an EM rash in 30% of the reported cases.[1] The inability to distinguish an EM rash from other skin reactions, such as tick bite hypersensitivity reactions, insect or spider bites, contact dermatitis, bacterial cellulitis and tinea, may also lead to diagnostic delays.

> **Commented [BM8]:** We need to find an incidence that's higher than this, I know they are out there.

In the historical absence of an EM rash, it is important for clinicians to ascertain if other manifestations of early disease were present. Symptoms commonly seen in early disease, such

as fever, chills, malaise, headache, fatigue, neck stiffness, arthralgia, and myalgia may be mistakenly attributed to a "summertime flu". Although less common, paresthesias, dysesthesias and sore throat are also reported. Potential exam findings include lymphadenopathy and pharyngeal erythema.

> Commented [BM9]: Will pull references from guideline and Steere's 2003 paper.

Disseminated infection produces a wide array of manifestations and Lyme disease is often referred to as the "great imitator".[115,116] The natural course of the untreated infection acquired in the USA was described by Steere and colleagues.[125] Patients with an untreated EM rash developed a wide spectrum of clinical manifestations including carditis, meningitis, cranial nerve palsy, radiculopathy and/or arthritis. Additional manifestations were described in the 2006 Infectious Diseases Society of America (IDSA) guidelines on Lyme disease.[126] Neuropsychiatric manifestations, including cognitive dysfunction, alternations in mood and sleep disorders have also been described.

> Commented [BM10]: Cite Fallon's work and Logigian's 1990 and 1999

To identify additional manifestations of chronic Lyme disease – untreated, a PubMed search was performed using the terms "late Lyme disease" and "chronic Lyme disease" and these limits: case studies, clinical studies, clinical trials, human, English. One hundred and sixty-two papers were retrieved and reviewed with the goal of identifying manifestations that were present for 6 months or more in patients who had direct laboratory evidence of Bb infection. Direct evidence was defined as positive culture, pcr testing or microscopic identification using techniques that could distinguish Bb from other spirochetes. Table 2 lists the papers meeting these parameters and the signs and symptoms the authors attributed to the untreated infection.

Serologic testing for Chronic Lyme disease has limited clinical utility. The two-tier testing algorithm adopted at the Dearborn conference in 1994 was primarily constructed for epidemiologic surveillance purposes.  Criteria generated for such purposes are often inadequate for the diagnosis of Lyme disease because surveillance case criteria were selected

7

on the basis of specificity, not sensitivity. While highly specific criteria ensure that health officials are only tracking cases of Lyme disease, employing those same criteria in a clinical setting ensures that actual cases will be missed and patients will go untreated. The CDC has acknowledged that the surveillance case definition, which includes two-tier testing, "was developed to standardize national public health surveillance and reporting of Lyme disease cases; it is not meant to be used as absolute criteria for clinical diagnosis."[1]

The insensitivity of the two-tiered testing paradigm of ELISA followed by Western blotting is well-documented. Less than 30% of patients tested within six weeks of Bb infection and only 46% of patients infected for more than six weeks are positive on two-tier testing.[53-62] Factors contributing to the insensitivity of Lyme disease testing include use of a single laboratory strain, omission of significant *Borrelia* antigens on the Western blot, emphasis on commercial test specificity rather than sensitivity, and gender bias in Western blot interpretation.[63-66] In addition to gender bias, the IgG Western blot interpretation criteria used in the CDC algorithm are skewed towards identifying Lyme arthritis and lack clinical validity for use in patients with neuroborreliosis. The IgG criteria originated in a study by Dressler and colleagues.[63] After identifying the ten most common Western blot bands, the investigators reported that the 5 of 10 bands criteria provided the greatest specificity while preserving sufficient sensitivity. However, when Dressler conducted a prospective study of the 5 of 10 criteria in his well-characterized patients he found that sensitivity wasn't equally preserved across all presentation subgroups. While the criteria were 96% sensitive for patients with active Lyme arthritis, it was only 72% sensitive for active neuroborreliosis. The allegedly high sensitivity of two-tiered testing in late Lyme disease is based on circular reasoning, as discussed in detail elsewhere.[67]

The sensitivity and specificity of Western blot interpretation can be manipulated by changing the band criteria for what constitutes a positive test. This is the rationale for using the Ma and

8

> **Commented [BM11]:** I think we need to be very precise here. Isn't it true that some of the poor sensitivity is due to absence of seroconversion in patients who were successfully treated early in disease? Can we pull them out of the analysis? If not, we concede that fact, otherwise it gives folks like Barbara Johnson something to pounce on.
>
> **Commented [BM12]:** Aucott and colleagues wrote a chapter in a book on gender and serologic response. If it supports this, it would be very useful to cite it.
>
> **Commented [BM13]:** Not sure if this should be criteria or criterion. We need to figure that out because we are using both ways. I think in this instance we should use the singular because we are only talking about the IgG interpretation
>
> **Commented [BM14]:** Is it truly circular reasoning or is it that they are using a specimen panel with an innate selection bias?
> I think we need to paraphrase that discussion here.

Engstrom criteria for Western blot interpretation. The former includes bands 23-25, 31, 34, 39, 41, 83-93, which are thought to be highly significant for Bb exposure.

Seronegativity is well-documented in cases of chronic Lyme disease. Seventeen percent of the subjects in a Lyme encephalopathy trial were seronegative as were … Serologic testing can be negative for reasons not related to the tests themselves. Antibodies may be bound to Borrelial antigens in immune complexes, leaving no free antibodies to react with a test's reagent. The administration of inadequate doses of antibiotics early in the infection can also lead to cases of seronegative Lyme disease.

The immune response to *Borrelia burgdorferi* is dynamic and evolves over time. Although the CDC algorithm does not consider positive IgM results beyond the first 30 days of illness, IgM seropositivity in the setting of chronic Lyme disease can be informative. Animal models and human studies support the presence of an IgM response in chronic Bb infection.[70-74] Early research on the antibody response to infection found that the IgM response in humans correlated with disease activity. Levels were elevated during exacerbations and subsequently fell during remissions.[71] More recently, in a murine model of Lyme disease, Bb infected lymph nodes had deranged architecture and lacked germinal centers such that the lymph node T-helper generators are destroyed and IgM production persisted.[70] Investigators described a B-cell response later in disease that was dominated by IgM secreting cells in the bone marrow.[70] Thus, the mouse findings support the observed persistence of an IgM response in humans with chronic Lyme disease.

**Diagnostic Elements: Chronic Lyme Disease – Treated**

A previous diagnosis and treatment for Lyme disease is an a priori condition for the diagnosis of chronic Lyme disease – treated. Research on persistently ill Lyme patients documented a broad

Comments:
- [BM15]: Is that the justification?
- [BM16]: Logigian EL, Kaplan RF, Steere AC. Successful treatment of Lyme encephalopathy with intravenous ceftriaxone. J Infect Dis 1999; 180:377–83. We need another example or two
- [BM17]: Checking on reference; may be Lawrence C, Lipton RB, Lowy FD, Coyle PK. Seronegative chronic relapsing neuroborreliosis. Eur Neurol 1995;35:113–7.
- [BM18]: Dattwyler R, Volkman DJ, Luft BJ, Halperin JJ, Thomas J, Golightly MG. Seronegative Lyme disease: Dissociation of specific T and B-lymphocyte responses to Borrelia burgdorferi. N Engl J Med 1988;319:1441-6.
  Luft B.J., R.J. Dattwyler, R.C. Johnson, et al. Azithromycin compared with amoxicillin in the treatment of erythema migrans. Ann of Intern Med 1996;124:785- 91.
  Lawrence C, Lipton RB, Lowy FD, Coyle PK. Seronegative chronic relapsing neuroborreliosis. Eur Neurol 1995;35:113–7.
- [BM19]: Craft 1986; Aguero-Rosenfeld 2008
- [BM20]: Generally speaking, it is best to avoid direct quotes and name dropping. While that's acceptable in an editorial piece, in this setting it has a way of undermining our evidence-based points.

spectrum of problems; significant fatigue, musculoskeletal pain and cognitive dysfunction were commonly reported.

The previously described literature search was also used to identify additional manifestations of chronic Lyme disease – treated that were present in previously treated patients who had direct evidence of a Bb infection. Table 3 lists the papers meeting these parameters and the signs and symptoms the authors attributed to the ongoing infection.

Serology is diagnostically uninformative with regard to chronic Lyme disease-treated. Elevated antibody levels may simply reflect the prior *B. burgdorferi* exposure and not ongoing infection. Negative results do not rule out active infection. Lyme-infected monkeys, treated with antibiotics known to be effective against Bb, had undetectable levels of C6 ELISA antibodies post-treatment despite clear evidence of an ongoing infection. And, as noted earlier, post-treatment seronegative disease has been documented in humans.

> **Commented [BM21]:** Maloney EL. Controversies in Persistent (Chronic) Lyme Disease. J Infus Nurs. 2016 Nov/Dec;39(6):369-375.

> **Commented [BM22]:** Embers M 2012

**Diagnostic Elements: Both forms of Chronic Lyme Disease**

Positive culture, molecular testing, or some other technology that can identify the presence of either Bb antigen or live organisms.[149]

> **Commented [BM23]:** We need to describe what tests we're alluding to

Ongoing clinical observations may also support a diagnosis of chronic Lyme disease. A positive and sustained clinical response to appropriately directed antibiotics suggests an underlying infectious etiology for a patient's clinical manifestations. Although ILADS recognizes that some antibiotics commonly used to treat Lyme disease have anti-inflammatory properties, it is ILADS' position that a sustained response following antibiotic withdrawal favors the antibacterial mechanism of these drugs over an anti-inflammatory one.

10

Another clinical feature often associated with this condition is the Jarisch-Herxheimer reaction, in which symptoms increase following exposure to antimicrobials.[117-124] This phenomenon is associated with the treatment of spirochetal diseases such as syphilis, louse-borne relapsing fever, leptospirosis and Lyme disease.[117-124] The classic description – an abrupt onset of fever, chills and hypertension, followed by hypotension was based on the response of syphilitic patients receiving their first dose of penicillin. It that group, the reaction plays out over hours. The Jarisch-Herxheimer reaction of Lyme disease differs in several ways. The onset is often delayed until the second or third day of antibiotic therapy and the duration is variable. Rather than the classic symptoms, patients report an intensification of their baseline symptoms. Jarisch-Herxheimer reactions are relatively common. In EM trials that reported on this phenomenon, 15-20% of subjects experienced the reaction. The pathophysiologic details of this phenomenon remain undefined. It has been associated with elevated cytokine levels, suggesting the reaction represents a robust immune response to antimicrobial intervention.[122]

**The Role of Clinical Judgment in the Diagnosis of Chronic Lyme Disease**

The lack of reliably sensitive and specific diagnostics for chronic Lyme disease introduces diagnostic uncertainty that may be difficult to resolve. Competing diagnoses must be entertained and investigated. This can be difficult when diagnostic alternatives also lack definite biologic markers of disease.

The possibility that other tick-borne pathogens may be present must be carefully considered. *Ixodes* ticks are known to carry more than 237 types of bacteria and at least 26 viruses.[128,129] Some of these organisms, frequently referred to as co-infections, are readily transmitted to humans. The interplay of other infectious agents with Bb may alter the clinical presentation of Lyme disease and prolong the duration of infection, as noted in animal models.[137-139] Known co-

Comments:
- [BM24]: need a cite
- [BM25]: Dattwyler RJ 1988 Lancet
- [BM26]: Nadelman RB, Luger SW, Frank E, Wisniewski M, Collins JJ, Wormser GP. Comparison of cefuroxime axetil and doxycycline in the treatment of early Lyme disease. *Ann Intern Med*, 117(4), 273-280 (1992).
- [BM27]: Strle F, Preac-Mursic V, Cimperman J, Ruzic E, Maraspin V, Jereb M. Azithromycin versus doxycycline for treatment of erythema migrans: clinical and microbiological findings. *Infection*, 21(2), 83-88 (1993). Massarotti EM, Luger SW, Rahn DW *et al.* Treatment of early Lyme disease. *Am J Med*, 92(4), 396-403 (1992). Nadelman RB, Luger SW, Frank E, Wisniewski M, Collins JJ, Wormser GP. Comparison of cefuroxime axetil and doxycycline in the treatment of early Lyme disease. *Ann Intern Med*, 117(4), 273-280 (1992). Eppes SC, Childs JA. Comparative study of cefuroxime axetil versus amoxicillin in children with early Lyme disease. *Pediatrics*, 109(6), 1173-1177 (2002).
- [BM28]: FYI, its Maloy, not Malov. I'm not sure exactly what that report says, who has it? I removed the bit about neurotoxin because there's no evidence that applies to Bb and I don't want to get dinged on that tangential issue.
  More the same reason, I took out Fekade paper. It dealt with relapsing fever so it fits in the first group but not the second.
- [BM29]: I took sections from the functional impact section and put them elsewhere. Functional impact is an element of chronic medical conditions but generally not chronic infections. If we want to capture the cost data, it could go in the intro.
- [BM30]: Do we need to reference the list that's in the guidelines?

infecting organisms include *Babesia*, *Ehrlichia/Anaplasma*, *Rickettsia* and *Powassan virus*.[130-134] Additionally, the evidence supporting *Bartonella* as a tick-borne infection is growing.[135,136] The effect of coinfections on the evolution of CLD merits further study in humans.

ILADS recognizes that there may be other contributing and at times independent causes for persistent manifestations in patients with chronic Lyme disease-treated. As noted in its guidelines, potential etiologies include "immune dysregulation of various types, tissue injury, infection-induced secondary conditions" as well as the previously mentioned co-infections.[149]

Under these circumstances, well-informed clinical judgment is an important asset. As described by Kienle and Kiene, "Clinical judgment is a central element of the medical profession, essential for the performance of the doctor."[148] With regard to Lyme disease, clinical judgment knits exposure history and recognized signs and symptoms into a chronic Lyme disease diagnosis. While uncertainty about a CLD diagnosis may confound clinical decision making, clinical uncertainty should not exclude the diagnosis.

**Summary and Future Directions**

ILADS proposes that chronic Lyme disease is the result of an ongoing, active infection by any of several pathogenic members of the *Borrelia burgdorferi sensu lato* complex which are capable of producing a wide array of signs and symptoms. CLD has two subcategories, CLD – untreated and CLD – treated. Both require a patient to have had potential exposure to an *Ixodes* vector and to have Lyme-compatible symptoms that are: 1) either consistently or variably present for six or more months and 2) not fully accounted for by other diagnoses.

ILADS recognizes that noninfectious diagnoses need to be considered. Many illnesses produce symptoms that overlap with those of CLD. Currently, the diagnostic tests for Lyme disease that are clinically available are unable to reliably distinguish the infected from the non-infected. Thus,

while supportive diagnostics may be utilized, the application of the case definition to clinical care relies on the exercise of clinical judgment. ILADS is optimistic that the ability to further refine the definition of CLD and its clinical application will improve with advances in diagnostic testing.

ILADS intends the case definition to 1) provide clinicians with a framework to determine the likelihood of a chronic Lyme disease diagnosis, 2) call attention to the need for public policies to recognize and reduce the growing risk of chronic Lyme disease and 3) encourage researchers to investigate chronic manifestations of Lyme disease and potential therapies for the infection.

## Acknowledgments

The authors thank Melissa Fesler, Lorraine Johnson, Dan Cameron, Steve Phillips, Joe Burrascano, Bob Bransfield, Ken Liegner, for helpful discussion.

**Commented [BM31]:** Formal names?

## Disclosures

SMS serves as an unpaid consultant for Ceres Nanosciences, Inc. RCB, ELM and SMS have given testimony in legal cases involving Lyme disease. ELM is the president of a 501(c)(3) organization that provides accredited continuing medical education courses on tick-borne illnesses. The other authors have no conflicts to declare. There was no funding source for the study.

Table 2. LATE UNTREATED Lyme disease

Symptoms associated with positive Bb culture, PCR or microscopy

| Number of papers reviewed: 10 | |
|---|---|
| Symptom | Number of reports describing the symptom (%): |
| myalgia | 2 (20)  M |
| joint pain | 1 (10)  M |
| muscle weakness | 1 (10)  M |
| synovitis | 1 (10)  M |
| arthritis | 1 (10)  M |
| stiff neck | 1 (10)  M |
| facial pain | 1 (10)  M |
| | |
| headaches | 3 (30)  N |
| fatigue | 2 (20)  N |
| radicular pain | 2 (20)  N |
| blurred vision | 1 (10)  N |
| memory difficulties | 1 (10)  N |
| tinnitus | 1 (10)  N |
| vertigo | 1 (10)  N |
| decreased vision | 1 (10)  N |
| restriction of visual field | 1 (10)  N |
| progressive visual loss | 1 (10)  N |
| peripheral neuropathy | 1 (10)  N |
| meningitis | 1 (10)  N |
| encephalopathy | 1 (10)  N |
| optic neuritis | 1 (10)  N |
| | |
| transient ischemic attack | 1 (10)  C |
| fibrillation | 1 (10)  C |
| | |
| Total reports with type of symptom: | 28 |
| Musculoskeletal | 8/28 (29) |
| Neuropsychiatric | 18/28 (64) |
| Cardiovascular | 2/28 (7) |

M, musculoskeletal; N, neuropsychiatric; C, cardiovascular

**Commented [BM32]:** I would redo this table, listing the papers meeting our parameters in one column and the associated symptoms, signs in the other.

Table 3. POST-TREATMENT Lyme disease

Symptoms associated with positive Bb culture, PCR or microscopy

| Number of papers reviewed: 20 | |
|---|---|
| Symptom | Number of reports describing the symptom (%): |
| arthritis | 2 (10)  M |
| muscle weakness | 2 (10)  M |
| migratory pain | 1 (5)   M |
| tenosynovitis | 1 (5)   M |
| meningismus | 1 (5)   M |
|  |  |
| meningitis | 3 (15)  N |
| numbness | 2 (10)  N |
| dizziness | 2 (10)  N |
| neuropathy | 2 (10)  N |
| photophobia | 1 (5)   N |
| conjunctival irritation | 1 (5)   N |
| eye pain | 1 (5)   N |
| diplopia | 1 (5)   N |
| encephalopathy | 1 (5)   N |
| recurrent encephalo-radiculopathy | 1 (5)   N |
| choroidits | 1 (5)   N |
| right hemiparesis | 1 (5)   N |
| depressed corneal reflexes | 1 (5)   N |
| trigeminal sensory neuropathy | 1 (5)   N |
| mononeuritis multiplex | 1 (5)   N |
| facial palsy | 1 (5)   N |
| radiculoneuropathy | 1 (5)   N |
| encephalomyelitis | 1 (5)   N |
|  |  |
| Total reports with type of symptom: | 30 |
| Musculoskeletal | 7/30 (23) |
| Neuropsychiatric | 23/30 (77) |
| Cardiovascular | 0/30 (0) |

M, musculoskeletal; N, neuropsychiatric; C, cardiovascular

**Commented [BM33]:** I would redo this table, listing the papers meeting our parameters in one column and the associated symptoms, signs in the other.