---------- Original Message ----------
From: **Tim Hill** <<mailto:timhill@dovepress.com>timhill@dovepress.com>
Date: Sun, Mar 5, 2017 at 6:59 PM
Subject: Submission to Int J Gen Med [ID:132318]
To: "<mailto:rstricker@usmamed.com>rstricker@usmamed.com"
<<mailto:rstricker@usmamed.com>rstricker@usmamed.com>
Cc: Fiona Gilbertson
<<mailto:fionagilbertson@dovepress.com>fionagilbertson@dovepress.com>, Elaine Forbes
<<mailto:elaine@dovepress.com>elaine@dovepress.com>

Dr Stricker,

We have been contacted by a Dr Samuel Shor regarding your recent submission. He makes some serious allegations regarding the submission that I need your response to.

Dr Shor alleges that he has been the principal author of an ILADS consensus paper on the case definition of chronic Lyme disease that was inappropriately submitted by Dr Raphael Stricker. Further he is requiring that this paper be withdrawn until such time that the working group feels that it is ready.

Given the nature of these allegations I have put a hold on the submission pending a resolution.

Sincerely

Tim Hill

**Timothy D Hill**
**Dove Medical Press Ltd**
44 Corinthian Drive, Albany, Auckland, New Zealand
PO Box 300-008, Albany, Auckland, 0752, New Zealand
**p**  <tel:+64%209-443%203060>+649 443 3060 (Extn 206)    **f**  <tel:+64%209-443%203061>+649 443 3061    **e**  <mailto:timhill@dovepress.com>timhill@dovepress.com
Live Chat <http://www.dovepress.com/live_help.t>http://www.dovepress.com/live_help.t
Twitter <http://twitter.com/DovePress>http://twitter.com/DovePress
Facebook <https://www.facebook.com/DoveMedicalPress>https://www.facebook.com/DoveMedicalPress


> ---------- Original Message ----------
> From: samshor@yahoo.com
> To: info@austinpublishinggroup.com
> Date: May 9, 2017 at 5:59 PM
> Subject: An Email from Samuel Shor, MD, FACP !
>
> Journal Name:  Chronic Diseases - International
> Email:  samshor@yahoo.com
> Phone number:  7039195634
> University:  Associate Clinical Professor George Washington University Health Care Sciences
> Query:
As the lead author on the recent publication by Raphael Stricker, MD I did not give him authorization to publish his recent manuscript Chronic Lyme Disease: A Working Case Definition. He tried to do this with the Journal of General Internal Medicine for which our work group contacted the editorial board to communicate his inappropriate use of intellectual property, while we were submitting this to a different journal. We offered Dr Stricker to be a co-author. He not

only declined, but he had the audacity to publish this paper and call it entirely his own. Our work group demands retraction of this plagiarized work, while seeking guidance of legal counsel.
> Samuel Shor, MD, FACP
> Chair, Loudoun County Lyme Commission
> President ILADS [International Lyme and Associated Diseases Society]
> Past Member, Virginia Governor's Task Force on Lyme disease 2010- 2011
> Associate Clinical Professor
> George Washington University Health Care Sciences

Date: Thu, 16 Mar 2017 19:40:53 +0000 (UTC)
From: Samuel Shor <samshor@yahoo.com>
Reply-To: Samuel Shor <samshor@yahoo.com>
To: "Raphael Stricker M.D." <stricker7@comcast.net>,
    Elizabeth Maloney <bettymal2003@yahoo.com>,
    Joseph Burrascano <burraj69@gmail.com>,
    'Beatrice Szantyr' <bszantyr@gmail.com>,
    'Chris Green' <drchrisg@gmail.com>
Cc: 'Kenneth Liegner' <kbliegnermd@optonline.net>,
    'Steve Phillips' <sephillips18@gmail.com>,
    'Robert Bransfield' <rbransfield@gmail.com>,
    Barbara Buchman ILADS <bbuchman@ilads.org>,
    Christine Green MD <drchrisg@gmail.com>,
    Robert C Bransfield MD DLFAPA PC <rbransfield@gmail.com>,
    Joe! <burraj69@gmail.com>
Subject: Re: CLD Project
X-CMAE-Envelope:
MS4wfPSKyedrnKNyoE0LqqFUV9Drr17XS3e7xi3Y5JZURuDn/qLGQdeA6lWc0
BUGt+C0b4/5YP/By+nQ1+21Jb9MMPUrgVPOlleGeN4gkvu9pGkgvPnSOSHK

szW3r8mFNC/uhFGgZzeebGzdvyupcQZ+ltFqXwIjgmdCU+2ExEFZ9xbaDOKRR
tKUhcTmtvEdNyqinA==

To put perspective on Ray's email to those otherwise unaware of the circumstances about which he is alluding:

Virtually immediately after the arbitrary deadline he set for the working group 1-2 months ago, he submitted the article under his name and two other authors, one of whom withdrew when he realized that this was not authorized by the principal author, being myself.

This is an article that yes, we have been working on for sometime. However, there are various reasons for the delays, specfics of which I dont need to elaborate. However, it was my feeling that the product with which the core of contributors has historically actually been Betty, Chris and myself. Ray provided intermittent, but minimal input until I re-engaged the project several months ago. At that time, he took it upon himself to PUSH the process in his time frame. Given that that arbitrary time frame had not been met, he took upon himself to submit the paper with himself as principal author without naming any of the aforementioned contributors. The manuscript WAS ACCEPTED by the International J of Gen Med.

It was my impression that he had no right to do this for several reasons:
1) I had been the principal author since the project's inception for which I did not give him the right

2) Rather, I felt the importance of a consensus, collaborative ILADS effort would be far more impactful. In fact, by his pre-empting our manuscript as he has done, in my mind many would look at this as yet another dysfunctionality of ILADS. We are very close to having the project completed to be submitted-~3-4 weeks. I have offered Ray an opportunity to participate in this project. Even if he did nothing else, I have offered him an authorship on our project, as long as he did not submit his manuscript.

At the present time, under threat of legal action Ray has withdrawn the manuscript in question, but obviously still wants to move forward. As described to Tom Roha, corporate legal counsel, what Ray has done is tantamount to theft. If nothing else, this may seriously be considered an ethics violation for which I am also seriously considering raising the "imbroglio" to that level.

I am hoping that one or more of the present contributors could talk some sense into Ray and have him accept my offer of being an authori with our TRUE collaborative effort, while permanently removing his manuscript. Otherwise, I am not willing to withdraw threat of legal and likely ethics violations. We will remove any contributions in our project to which we can identify his participation. I would really prefer to take the high road and have everyone on board on a single project. Without that, time will tell..................

Samuel Shor, MD, FACP
Chair, Loudoun County Lyme Commission
President, International Lyme and Associated Diseases
Associate Clinical Professor
George Washington University Health Care Sciences
Internal Medicine of Northern Virginia
1860 Town Center Drive #230
Reston, Virginia 20190
Phone 703 709-1119
Fax 703 709-7496
<mailto:SamShor@Yahoo.com>SamShor@Yahoo.com


On Thursday, March 16, 2017 1:17 PM, Raphael Stricker M.D. <stricker7@comcast.net> wrote:



CLD Project
Since Sam mentioned all of you in his latest voicemail, I wanted everyone to be on the same page regarding all aspects of the CLD project.

Ray

Sam,

I received your voicemail message, and I am happy to hear that the ILADS group is making progress in rewriting the CLD article that I put together in December 2016. While that news may be encouraging, it does not resolve the current imbroglio. I can tell you that my coauthors and I continue to be upset over your unjustified interference with the Dove Press submission of the December 2016 CLD article.

Once again, I would like to remind you that as long as the Dove Press article remains in limbo, you do not have my permission to publish any CLD article to which I contributed. To resolve this problem amicably, I urge you, in the context of collegiality and fairness, to contact Tim Hill at Dove Press and withdraw your objection to the IJGM article for the benefit of ILADS and everyone else.

Ray


Date: Thu, 9 Mar 2017 22:40:10 -0800

To: SamShor
From: "Raphael Stricker M.D." <stricker7@comcast.net>
Subject: CONFIDENTIAL: CLD Manuscript
Cc:
Bcc:
X-Attachments:

Sam,

By now I expect that you have had time to consider the consequences of your action with Dove Press. As you are aware, the Dove Press manuscript has been withdrawn pending further review.

I presume that you will continue to work with the ILADS group and will submit a CLD manuscript at some point. However, I did want to remind you that the manuscript cannot be submitted without my approval. I have worked on it as part of the ILADS group, and I have the right to block submission of the manuscript just as you did with Dove Press.

However, rather than continuing this dialectic, I suggest a reasonable compromise to this dilemma. I propose that you send a formal letter to Tim Hill at Dove Press saying that you withdraw your objection to the IJGM manuscript and that you fully endorse that submission. Then I will have no objection to the ongoing ILADS submission that you are working on. Dove Press has a policy that does not allow the addition of authors after a manuscript has been submitted.

Thus it is too late to add your name to the submitted manuscript, but as some have said, there is plenty of room for two papers on CLD.

Once again, Sam, I am sorry that you were not included in the Dove Press submission, but I gave you every opportunity to participate, including spelling out the different deadline scenarios, as outlined in my previous emails. For whatever reason you ignored the deadline that you had agreed to, thereby rejecting my attempt to move forward after four "crazy long" years of chasing our tails.

It is in the best interest of ILADS that we adopt a reasonable solution, and the one I have suggested would benefit all parties.

Best,

Ray

Date: Wed, 10 May 2017 15:20:40 +0000 (UTC)
From: Elizabeth Maloney <bettymal2003@yahoo.com>
Reply-To: Elizabeth Maloney <bettymal2003@yahoo.com>
To: Marianne MIddelveen <middel@telus.net>,
    "Raphael Stricker M.D." <stricker7@comcast.net>
Cc: Niek Haak <niekhaaknl@gmail.com>,
    Lorraine Johnson <lorrainejohnson@outlook.com>,
    baredeso <baredeso@aol.com>, Sin Lee <shlee01@snet.net>,
    volkman <dvolkmans1@verizon.net>,
    Marcia Herman-Giddens <meherman.go@gmail.com>,
    Carl Tuttle <runagain@comcast.net>,
    kbliegnermd <kbliegnermd@optonline.net>,
    Phyllis Mervine <pmervine@lymedisease.org>,
    pam3001 <pam3001@gmail.com>
Subject: Re: Chronic Lyme disease exists
X-CMAE-Envelope:

MS4wfLYoIflq6cjqu1zyxuqu5VNpcYqzXFQoMF7F0GXRG9eWGN45ML9Zv10Ver3MDmtfUM1eF
C1hB+l0QLfch3JHnkPJsIkteR6zNtqYBnXcjXlFsRM9ulrI

x9tq08hEQAOgQoQBNcPGc6T6kHgclk1Lat0et/aG0GBI/HK3fhGt9UQH9BU17lVEWaLlPz4xwMg
g6xEd8RsTzQnMy1AcHlU9+s4=

No, it's not. Questions regarding intellectual property rights violations should be brought to light so as to alert people to what happened and to attempt to deter similar actions in the future.

ILADS had a formal working group tasked to produce a product for ILADS. The leader of this group is Sam Shor. Sam, Chris Greene, I and Ray were the remaining original members. Sam, Chris and I asked Ray to not send the working group's draft out under his name. Other respected members and past presidents of ILADS also made that request. We were able to block the first attempt and hoped he wouldn't try again. (Needless to say, we are disappointed in how things are playing out.)

Because such products represent ILADS' brand, so to speak, the organization must maintain control over what goes out. Ray short-circuited that sort of internal review. Behavior like this destroys scientific relationships and, potentially, organizations. There is nothing to celebrate here.

Betty


**From:** Marianne MIddelveen <middel@telus.net>
**To:** Elizabeth Maloney <bettymal2003@yahoo.com>; Raphael Stricker M.D. <stricker7@comcast.net>
**Cc:** Niek Haak <niekhaaknl@gmail.com>; Lorraine Johnson <lorrainejohnson@outlook.com>; baredeso <baredeso@aol.com>; Sin Lee <shlee01@snet.net>; volkman <dvolkmans1@verizon.net>; Marcia Herman-Giddens <meherman.go@gmail.com>; Carl Tuttle <runagain@comcast.net>; kbliegnermd <kbliegnermd@optonline.net>; Phyllis Mervine <pmervine@lymedisease.org>; pam3001 <pam3001@gmail.com>
**Sent:** Wednesday, May 10, 2017 9:52 AM
**Subject:** Re: Chronic Lyme disease exists


Re: Chronic Lyme disease exists

This is something best discussed privately between the two of you.

Marianne

**From:** Elizabeth Maloney <bettymal2003@yahoo.com>
**Reply-To:** Elizabeth Maloney <bettymal2003@yahoo.com>
**Date:** Wed, May 10, 2017 at 8:12 AM
**To:** "Raphael Stricker M.D." <stricker7@comcast.net>, "middel@telus.net" <middel@telus.net>
**Cc:** Niek Haak <niekhaaknl@gmail.com>, Lorraine Johnson <lorrainejohnson@outlook.com>, baredeso <baredeso@aol.com>, Sin Lee <shlee01@snet.net>, volkman <dvolkmans1@verizon.net>, Marcia Herman-Giddens <meherman.go@gmail.com>, Carl Tuttle <runagain@comcast.net>, kbliegnermd <kbliegnermd@optonline.net>, Phyllis Mervine <pmervine@lymedisease.org>, pam3001 <pam3001@gmail.com>
**Subject:** Re: Chronic Lyme disease exists

Ray,

The dirty laundry is yours, not ILADS. The working group repeatedly asked you not to take the document and go off on your own. We were willing to let you come back to the fold and be a co-author on ours.

There is no excuse for your behavior and those who know the backstory and still congratulate you are, in my opinion, part of the problem. Your curse the shoddy IDSA and CDC ethics but I think your actions are even worse - you stabbed your collaborators in the back and risked ILADS reputation.
Betty

**From:** Raphael Stricker M.D. <stricker7@comcast.net>
**To:** Elizabeth Maloney <bettymal2003@yahoo.com>; "middel@telus.net" <middel@telus.net>
**Cc:** Niek Haak <niekhaaknl@gmail.com>; Lorraine Johnson <lorrainejohnson@outlook.com>; baredeso <baredeso@aol.com>; Sin Lee <shlee01@snet.net>; volkman <dvolkmans1@verizon.net>; Marcia Herman-Giddens <meherman.go@gmail.com>; Carl Tuttle <runagain@comcast.net>; kbliegnermd <kbliegnermd@optonline.net>; Phyllis Mervine <pmervine@lymedisease.org>; pam3001 <pam3001@gmail.com>
**Sent:** Wednesday, May 10, 2017 2:32 AM
**Subject:** Re: Chronic Lyme disease exists

Betty,

How disappointing that you have chosen to air ILADS' dirty laundry in public instead of celebrating a major victory for ILADS and the Lyme community.

After four years of failure by the moribund "ILADS working group" and your categorical refusal to participate in a successful project despite my "failed ultimatum" to achieve success, your ego still comes first. Too bad.

Ray

At 6:00 PM +0000 5/9/17, Elizabeth Maloney wrote:

Ray,

I read the paper you just published and was disappointed but not surprised to see that you took entire sections that I had written for the ILADS work group and claimed it as your own. In addition, as the original members of the ILADS working group know, the concept for surveying the literature for cases with direct evidence of infection was also mine.

You have done a great disservice to ILADS. After your failed ultimatum and your departure, the working group continued to refine the document and ours is clearly better than what you put out. Yet, there are strong similarities and this presents ILADS with all sorts of unnecessary problems.

I will be filing an internal ethics complaint and moving for your immediate dismissal from the ILADEF. I hope you enjoy whatever short-term ego boast you get from what I consider to be intellectual theft.

Betty

**From:** Raphael Stricker M.D. <stricker7@comcast.net>
**To:** "middel@telus.net" <middel@telus.net>
**Cc:** Niek Haak <niekhaaknl@gmail.com>; Lorraine Johnson <lorrainejohnson@outlook.com>; baredeso <baredeso@aol.com>; Sin Lee <shlee01@snet.net>; volkman <dvolkmans1@verizon.net>; Marcia Herman-Giddens <meherman.go@gmail.com>; Carl Tuttle <runagain@comcast.net>; kbliegnermd <kbliegnermd@optonline.net>; Phyllis Mervine <pmervine@lymedisease.org>; pam3001 <pam3001@gmail.com>; "Maloney, Elizabeth" <bettymal2003@yahoo.com>
**Sent:** Tuesday, May 9, 2017 11:04 AM
**Subject:** Re: Chronic Lyme disease exists

Re: Chronic Lyme disease exists

See attached. The sooner we get changes started, the better.

Ray

At 8:08 AM -0600 5/6/17, middel@telus.net wrote:

Change in medicine takes a long time, but we are making slow progress.

Marianne

**From:** "Raphael Stricker" <stricker7@comcast.net>
**To:** "Niek Haak" <niekhaaknl@gmail.com>, "Lorraine Johnson" <lorrainejohnson@outlook.com>
**Cc:** "baredeso" <baredeso@aol.com>, "Sin Lee" <shlee01@snet.net>, "volkman" <dvolkmans1@verizon.net>, "Marcia Herman-Giddens" <meherman.go@gmail.com>, "Carl Tuttle" <runagain@comcast.net>, "kbliegnermd" <kbliegnermd@optonline.net>, "Phyllis Mervine" <pmervine@lymedisease.org>, "pam3001" <pam3001@gmail.com>, "Maloney, Elizabeth" <bettymal2003@yahoo.com>, "Marianne MIddelveen" <middel@telus.net>
**Sent:** Saturday, May 6, 2017 4:08:46 AM
**Subject:** Re: Chronic Lyme disease exists

Re: Chronic Lyme disease exists

Well, we didn't know much about HIV in the 1980s, and look what happened when Pharma got serious about developing designer drugs for the virus. With increasing Lyme numbers and awareness and huge potential profit, Pharma will have to get serious about designer drugs for Bb eventually.

Ray

At 8:46 PM +0200 5/5/17, Niek Haak wrote:

yes - you, Ray and some others have published good articles exposing the flaws and facts that contradict the official CDC/IDSA Lyme story.

But while we can pinpoint many topics where the IDSA/CDC story doesn't match the facts, the big problem is that there is very little around Lyme disease that we know for sure. There is no solid, proven (relatively certain) alternative for the IDSA gospel and there probably won't be one for a long time because most of the facts are missing or distorted thanks to 30 years of manipulation by IDSA and their cronies.

This also played a part in the recent controversy about chronic lyme treatment in Netherlands: people from the media are happy to point out that ILADS position regarding diagnosis and treatment is often based on 'weak evidence' (in their own words). Of course they do not mention that the evidence for the IDSA position is even weaker and simply suggest to trust the 'official' medical view which is by default the IDSA/CDC story, no need to verify what this is based on ... We need hard facts to build a new narrative about Lyme diagnosis and treatment, and IMHO DNA analysis (and possibly some other types of direct testing) is a good tool for that because it provides much harder ('digital') facts than antibodies, vague symptoms and treatment experiments that often lack any real controls. And I'm convinced that in time it will be impossible to control DNA technology despite patents and guidelines, within 5-10 years people will be able to find out these things (outside the medical system) even if the authorities try to prevent it.

From: **<mailto:Lymedocs@aol.com>Lymedocs@aol.com [ILADS]**
<<mailto:ILADS@yahoogroups.com>ILADS@yahoogroups.com>
Date: Fri, May 12, 2017 at 7:29 PM
Subject: [ILADS] Recent Chronic Lyme Definition Article is unauthorized by ILADS
To: <mailto:ILADS@yahoogroups.com>ILADS@yahoogroups.com


Dr Raphael Stricker published the article on the Case Definition of Chronic Lyme disease, and utilized the ILADS name without proper authorization.


Barbara Buchman, ILADS