| TO: | **Register of Copyrights** | **REPORT ON THE** |
| | **Copyright Office** | **FILING OR DETERMINATION OF AN** |
| | **Library of Congress** | **ACTION ON APPEAL** |
| | **Washington, D.C. 20559** | **REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. § 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

( ) ACTION ( ) APPEAL

DOCKET NO: 17-cv-03491-NC

DATE FILED: June 16, 2017

COURT NAME AND LOCATION
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

PLAINTIFF: Stricker

DEFENDANT: Shor

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1. | SEE ATTACHED COMPLAINT | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following copyright(s) have been included.

DATE INCLUDED

INCLUDED BY:
( ) Amendment ( ) Answer ( ) Cross Bill ( ) Other Pleading

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

In the above-entitled case, a final decision was entered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

COPY ATTACHED:
( ) Order ( ) Judgment

WRITTEN OPINION ATTACHED:
( ) Yes ( ) No

DATE RENDERED:

*Susan Y. Soong*
Susan Y. Soong, Clerk

*Susie F. Barrera*
(by) Deputy Clerk, Susie F. Barrera

June 16, 2017
Date Rendered

Copy 1 – Upon initiation of action, mail copy to Register of Copyrights
Copy 2 – Upon filing of document adding copyright(s), mail copy to the Register of Copyrights
Copy 3 – Upon termination of action, mail copy to Register of Copyrights
Copy 4 – In the event of an appeal, forward copy to Appellate Court
Copy 5 – Case File Copy