ANDREW D. CASTRICONE (SBN 154607)
acastricone@grsm.com
JUSTIN A. ZUCKER (SBN 284401)
jzucker@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:   (415) 986-5900
Facsimile:   (415) 262-3726

Attorneys for Defendants SAMUEL SHOR;
BETTY MALONEY; BARBARA BUCHMAN; and
INTERNATIONAL LYME AND ASSOCIATED
DISEASES SOCIETY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| RAPHAEL STRICKER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SAMUEL SHOR; BETTY MALONEY; BARBARA BUCHMAN; INTERNATIONAL LYME AND ASSOCIATED DISEASES SOCIETY; DOES 1-10,<br><br>　　　　Defendants. | CASE NO. 17-CV-03491-HSG<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ALL RELATED DATES; AND ORDER**<br><br>Judge:　　　Haywood S. Gilliam, Jr.<br>Courtroom:　2 (4th Floor)<br><br>Action Filed: June 16, 2017 |

Pursuant to Local Rules 6-1, 6-2, and 7-12, plaintiff, Raphael Stricker ("Stricker") and defendants Samuel Shor, Betty Maloney, Barbara Buchman, and the International Lyme and Associated Diseases Society (collectively, "Defendants;" Plaintiff and Defendants collectively, the "Parties"), by and through their undersigned counsel, submit this Stipulation to Continue the Case Management Conference.

WHEREAS, on June 16, 2017, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. No. 4);

WHEREAS, Defendants have brought a motion to dismiss based on this Court's lack of personal jurisdiction set for hearing on November 2, 2017 (Dkt. No. 13);

-1-

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1  WHEREAS, if Defendants motion to dismiss is granted it may result in the dismissal of
2 this matter or alternatively the transferring of this matter to the District Court of Maryland

3  WHEREAS, Local Rule 6-1(b) requires a Court order "for any enlargement or shortening
4 of time that alters an event or deadline already fixed by Court order" and Local Rule 6-2 permits
5 the Parties to file a stipulation in writing to request "an order changing time that would affect the
6 date of an event or deadline already fixed by Court order";

7  WHEREAS, this stipulation is accompanied by a declaration required by Local Rule 6-
8 2(a); and

9  WHEREAS, this stipulation is made in good faith in the interests of judicial economy and
10 efficiency of resources of the Court and the Parties and not for the purposes of delay.

11  **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and
12 between the Parties, through their undersigned counsel of record, that the Case Management
13 Conference currently scheduled for September 20, 2017, and all related dates be continued
14 approximately one month from the date the Court issues an order on Defendants Motion to
15 Dismiss currently scheduled for hearing on November 2, 2017, to December 5, 2017 at 2:00 p.m.
16 Further the Parties stipulate to filing a Joint Case Management Statement no later than November
17 28, 2017.

Dated: September 13, 2017              GORDON & REES SCULLY MANSUKHANI, LLP

                                       By _____*/s/ Justin A. Zucker*_____
                                          Andrew D. Castricone
                                          Justin A. Zucker
                                       Attorneys for Defendants SAMUEL SHOR;
                                       BETTY MALONEY; BARBARA BUCHMAN;
                                       and INTERNATIONAL LYME AND
                                       ASSOCIATED DISEASES SOCIETY

Dated: September 13, 2017              WATTERS & GUEDENET

                                       By _____*/s/ Andrew G. Watters*_____
                                          Andrew G. Watters
                                       Attorneys for Plaintiff RAPHAEL STRICKER

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; Order**   **CASE NO. 17-CV-03491-HSG**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

The Court having reviewed the Stipulation of the Parties and finding good cause, hereby issues an Order as follows:

1. The Case Management Conference scheduled for September 20, 2017, is continued to **November 2, 2017, 2:00 p.m., to be heard along with the motion to dismiss**.

2. A Joint Case Management Statement is to be filed by **October 26, 2017**.

**IT IS SO ORDERED.**

Date: September 14, 2017

HON. HAYWOOD S. GILLAM, JR.
UNITED STATES DISTRICT JUDGE