1   Andrew G. Watters (#237990)
    555 Twin Dolphin Dr., Ste. 300
2   Redwood City, CA 94065
    andrew@andrewwatters.com
3   (415) 261-8527

4   Attorney for Plaintiff
    Raphael Stricker

5

6

7

8                UNITED STATES DISTRICT COURT FOR THE

9                 NORTHERN DISTRICT OF CALIFORNIA

10                        Oakland Division

11  RAPHAEL STRICKER,                Case no. 17-CV-03491-HSG

12       Plaintiff,                  DECLARATION OF RAPHAEL STRICKER
                                     IN OPPOSITION TO DEFENDANTS'
13  v.                               MOTION TO DISMISS

14  SAMUEL SHOR;
    BETTY MALONEY;                   Date:  November 2, 2017
15  BARBARA BUCHMAN;                 Time:  2:00 p.m.
    INTERNATIONAL LYME AND           Place: Courtroom 2 (4th floor)
16  ASSOCIATED DISEASES SOCIETY;
    DOES 1-10,
17                                   Hon. Haywood S. Gilliam
         Defendants.
18                                   Jury Trial Demanded

19                                   Signatures by Fax

20

21

22

23

24

25

26

27

28
_____
             DECL. OF RAPHAEL STRICKER OPPOSING DEFENDANTS' MOTION TO DISMISS

1   I, Raphael Stricker, declare:

2   1.    I am over the age of eighteen years and have personal

3   knowledge of the matters stated herein.  If called as a witness I

4   would competently attest to same.

5   2.    I am the Plaintiff in this matter, and I make this

6   declaration in opposition to Defendants' motion to dismiss.

7   3.    I was on the board of directors of ILADS until 2015 or

8   2016, and on the board of directors of ILADEF until 2017, when I

9   was removed by the Defendants (who control ILADS and ILADEF).

10   4.    From my time on the board of directors, I know that

11   ILADS is a 501(c)(6) professional association, not a 501(c)(3)

12   non-profit corporation.  ILADEF, a companion entity to ILADS, is

13   a 501(c)(3) educational foundation.  As I understand it from my

14   time on the board, ILADEF's sole member is ILADS, and ILADEF's

15   purpose is to fundraise for ILADS.  Of course these entities are

16   registered in California for the purpose of doing business there.

17   5.    From being on the board, I was also privy to membership

18   numbers and had access to the membership directory.  ILADS has

19   approximately 550 members worldwide, of which about 60 are in

20   California.

21   I declare under penalty of perjury under the laws of the

22   State of California that the foregoing is true and correct.

23

/s/

24   Date: September 15, 2017       _____

25                                 Raphael Stricker, MD

26

27

28

---

DECL. OF RAPHAEL STRICKER OPPOSING DEFENDANTS' MOTION TO DISMISS

1