1  ANDREW G. WATTERS (SBN 237990)
   andrew@wglitigators.com
2  WATTERS & GUÈDENET
   555 Twin Dolphin Dr., Ste. 300
3  Redwood City, CA 94065
   San Francisco, CA 94111
4  Telephone:     (415) 261-8527

5  Attorneys for Plaintiff
   RAPHAEL STRICKER

6

7  ANDREW D. CASTRICONE (SBN 154607)
   acastricone@grsm.com
8  JUSTIN A. ZUCKER (SBN 284401)
   jzucker@grsm.com
9  GORDON REES SCULLY MANSUKHANI, LLP
   275 Battery Street, Suite 2000
10 San Francisco, CA 94111
   Telephone:     (415) 986-5900
11 Facsimile:     (415) 262-3726

12 Attorneys for Defendants
   SAMUEL SHOR; BETTY MALONEY; BARBARA
13 BUCHMAN; and INTERNATIONAL LYME AND
   ASSOCIATED DISEASES SOCIETY

14

15                      UNITED STATES DISTRICT COURT

16               NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

17

| 18 | RAPHAEL STRICKER, | CASE NO. 17-CV-03491-HSG |
|---|---|---|
| 19 | Plaintiff, | **STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION DEADLINE; AND [proposed] ORDER** |
| 20 | vs. | |
| 21 | SAMUEL SHOR; BETTY MALONEY; BARBARA BUCHMAN; INTERNATIONAL LYME AND ASSOCIATED DISEASES SOCIETY; DOES 1-10, | Judge: Haywood S. Gilliam, Jr. Courtroom: 2 (4th Floor) |
| 22 | | |
| 23 | Defendants. | Action Filed: June 16, 2017 ENE Deadline: December 15, 2017 |

26    Pursuant to ADR Local Rule 5-5 and Civil Local Rules 6-1, 6-2, and 7-12, plaintiff,

27 Raphael Stricker ("Stricker") and defendants Samuel Shor, Betty Maloney, Barbara Buchman,

28 and the International Lyme and Associated Diseases Society (collectively, "Defendants;"

-1-

**STIPULATION TO CONTINUE ENE DEADLINE;**  **CASE NO. 17-CV-03491-HSG**
**AND [PROPOSED] ORDER**

Plaintiff and Defendants collectively, the "Parties"), by and through their undersigned counsel, submit this Stipulation to Continue Early Neutral Evaluation Deadline.

WHEREAS, on September 12, 2017, the Parties stipulated to selecting Early Neutral Evaluation ("ENE") from the Court's Alternative Dispute Resolution Multi-Option Program (Dkt. No. 22);

WHEREAS, on September 12, 2017, this Court entered an Order Granting the Parties Stipulation selecting ENE, ordering that the ENE session occur by December 15, 2017 (Dkt. No. 24);

WHEREAS, on September 14, 2017, this Court scheduled a Case Management Conference for November 2, 2017, at 2:00 p.m. (Dkt. No. 27);

WHEREAS, on October 2, 2017, this Court notified the Parties that the ENE evaluator assigned to this matter is Daralyn Durie ("Durie") of Durie Tangri Lemley Roberts & Kent (Dkt. No. 31);

WHEREAS, Defendants have brought a Motion to Dismiss based on this Court's lack of personal jurisdiction that was set for hearing on November 2, 2017 (Dkt. No. 13);

WHEREAS, on October 31, 2017, this Court notified the Parties that it was taking Defendants' Motion to Dismiss under submission and vacated the Case Management Conference and hearing on the Motion to Dismiss scheduled for November 2, 2017 (Dkt. No. 33);

WHEREAS, the outcome of Defendants' pending motion to dismiss will impact the posture of this matter and any early resolution discussions to be had at an ENE session because it may result in the dismissal of this matter or alternatively the transferring of this matter to the District Court of Maryland;

WHEREAS, on October 5, 2017, and November 7, 2017, ENE evaluator Durie hosted pre-ENE session conference calls with the Parties;

WHEREAS, during the November 7 call ENE evaluator Durie discussed that the outcome of Defendants' Motion to Dismiss would impact the ENE session that was to occur and addressed continuing the deadline for the ENE session to a date after the Court rules on Defendants' Motion to Dismiss;

WHEREAS, during the November 7 call ENE evaluator Durie expressed her support of the Parties stipulating to continue the deadline to conduct the ENE session of this matter given the pending Motion to Dismiss;

WHEREAS, Local Rule 6-1(b) requires a Court Order "for any enlargement or shortening of time that alters an event or deadline already fixed by Court order" and Local Rule 6-2 permits the Parties to file a stipulation in writing to request "an order changing time that would affect the date of an event or deadline already fixed by Court order;"

WHEREAS, this stipulation is accompanied by a declaration required by Local Rule 6-2(a); and

WHEREAS, this stipulation is made in good faith, in the interests of judicial economy, and efficiency of resources of the Court and the Parties and not for the purpose of delay.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the Parties, through their undersigned counsel of records, that the deadline for the Parties to complete the ENE session currently scheduled for December 15, 2017, be continued to seventy-five (75) days from the date the Court issues its Order on Defendants pending Motion to Dismiss.

Dated: November 15, 2017            GORDON REES SCULLY MANSUKHANI, LLP

By ___/s/ Justin A. Zucker_____
    Andrew D. Castricone
    Justin A. Zucker
Attorneys for Defendants
SAMUEL SHOR; BETTY MALONEY; BARBARA BUCHMAN; and INTERNATIONAL LYME AND ASSOCIATED DISEASES SOCIETY

Dated: November 15, 2017            WATTERS & GUÈDENET

By ___/s/ Andrew G. Watters_____
    Andrew G. Watters
Attorneys for Plaintiff
RAPHAEL STRICKER

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

The Court having reviewed the Stipulation of the Parties and finding good cause, hereby issues an Order as follows:

1. The Parties are to complete an Early Neutral Evaluation session with Daralyn Durie within seventy-five (75) days from the date of this Court's order on Defendants Motion to Dismiss, which was taken under submission by this Court.

**IT IS SO ORDERED.**

Date:_____

HON. HAYWOOD S. GILLAM, Jr.
UNITED STATES DISTRICT JUDGE

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Justin A. Zucker, am the ECF user whose identification and password are being used to file the foregoing Stipulation to Continue Early Neutral Evaluation Deadline; and [proposed] Order. I hereby attest that the above-referenced signatories to this Continue Early Neutral Evaluation Deadline; and [proposed] Order have concurred in this filing.

Dated: November 15, 2017            By:     /s/ Justin A. Zucker
                                                    Justin A. Zucker